UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GENGHIS KHAN,

                                  Plaintiff,

           -against-                             **STIPULATION OF VOLUNTARY WITHDRAWAL**

THE CITY OF NEW YORK, GAMANE
MARSALIS, JOHN CHEEKS, JAWHAR JORDAN,
and TURRON NELSON,                         08 CV 1298 (NG) (MDG)

                                 Defendants.

------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that Plaintiff Genghis Khan voluntarily withdraws, with prejudice, all claims against defendants Gamane Marsalis, John Cheeks, Jawhar Jordan, and Turron Nelson without costs, fees and expenses to any party.

Dated:      New York, New York
               January ___, 2012

| | |
|---|---|
| Reibman & Weiner<br>Attorneys for Plaintiff<br>26 Court Street, Suite 1005<br>Brooklyn, New York 11242 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants City of New York and Marsalis<br>100 Church Street, Room 2-146<br>New York, New York 10007 |
| By: _____<br>    MICHAEL LUMER, ESQ.<br>Date: 3/22/12 | By: _____<br>    JANE E. ANDERSEN<br>    Assistant Corporation Counsel<br>Date: 4/5/12 |

                         s/NG.

SO ORDERED: _____
                  HON. NINA GERSHON
                                4-6-12